# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOSEPH WILLIAMS and REBECCA WILLIAMS,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) ) | **CIVIL ACTION NO. 1:17-cv-01894-ACA** |
| **NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,** ) ) ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Joseph Williams and Rebecca Williams and Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper by and through their undersigned counsel, having reached an amicable resolution of their dispute, stipulate and agree that all claims in this action should be dismissed, with prejudice, costs and fees taxed as paid.

Respectfully submitted this 22nd day of March, 2019.

**SO STIPULATED.**

**COUNSEL FOR DEFENDANT:**

*/s/ Ginny Willcox Leavens*

1

1628828.1

Ginny Willcox Leavens
Gregory C. Cook
Attorneys for Nationstar Mortgage, LLC
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

**COUNSEL FOR PLAINTIFFS:**

*/s/ Mary Ruth Smitherman (with permission)*
Harvey B Campbell, Jr
ALABAMA CONSUMER LAW GROUP, LLC
P O Drawer 756
Talladega, AL 35161-0756
Email: buddy@aclg.law

Mary Ruth Campbell Smitherman
ALABAMA CONSUMER LAW GROUP, LLC
P.O. Drawer 756
Talladega, AL 35161
Email: Maryruthcampbell@gmail.com

1628828.1