# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**JOSEPH WILLIAMS, et al.,**

    **Plaintiffs,**

v.

**Case No.: 1:17-cv-1894-ACA**

**NATIONSTAR MORTGAGE, LLC, et al.,**

    **Defendants.**

## ORDER

In accordance with the Joint Stipulation of Dismissal (Doc. 27), filed March 22, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 25, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE